# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KEITH HARPER, | CASE NO.  1:07CV 323 |
|  | (1:09 CV 1074) |
| Petitioner, | JUDGE DONALD C. NUGENT |
| v. | |
| UNITED STATES OF AMERICA, | |
|  | <u>JUDGMENT</u> |
| Respondent. | |

This matter comes before the Court upon Keith Harper's ("Petitioner's") Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.  (ECF #470).  The court hereby orders that this case be dismissed with prejudice.  For the reasons set forth in this Court's Memorandum Opinion and Order dated July 27, 2009, Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF #470) is DENIED.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability.  28 U.S.C. § 2253; Fed.R.App.P. 22(b).

IT IS SO ORDERED.

      s/Donald C. Nugent
    DONALD C. NUGENT
    United States District Judge

DATED: <u>July 27, 2009</u>